CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
**MUELLER & ASSOCIATES, INC.**
808 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-1200
Facsimile: (702) 637-7170
Email: electronicservice@craigmuellerlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOGLA FLORES-REYES, | Case No.: 2:24-cv-00302-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT BRYAN KIRWIN, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER B. REDD, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER ANDRE GONZALEZ, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, LIEUTENANT JOHN W. LILES, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE OFFICERS employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES III through X; and ROE CORPORATIONS I through X, inclusive, | **FIRST REQUEST** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. ("FRCP") 6(b)(1) and local rules IA 6-1, IA 6-2, and 26-3, Plaintiff, HOGLA FLORES-REYES by and through her attorney, CRAIG A. MUELLER, ESQ., of MUELLER & ASSOCIATES, INC., and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SERGEANT BRYAN KIRWIN, OFFICER B. REDD, OFFICER ANDRADE GONZALEZ, and LIEUTENANT JOHN W. LILES, by and through their attorney,

CRAIG R. ANDERSON, ESQ. of MARQUIS AURBACH, hereby stipulate and request that this Court extend the deadline for the Pretrial Order that is due on August 12, 2025 by 30 days.

Pursuant to F.R.C.P. 6(b), the Court may extend a deadline with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Good cause also exists to grant the requested extension because Motion for Summary Judgement hearing was held on June 12, 2025, the transcripts from said hearing (constituting the Court's Order) were not filed into the Court filing system until July 29, 2025. The parties agree that a 30-day extension is necessary to review the Transcript Order to complete the Joint Pretrial Order. Accordingly, the parties hereby stipulate and agree as follows:

The deadline for filing the Joint Pretrial Order, previously due on August 12, 2025, shall be extended 30 days making it due September 11, 2025, or a specific date otherwise ordered by this Court. This is the first stipulation for extension of time to file the joint pretrial order.

**IT IS SO STIPULATED.**

DATED this 11th day of August, 2025.

**MUELLER & ASSOCIATES, INC.**

/s/ Craig A. Mueller, Esq.
_____
CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
808 S. 7th Street
Las Vegas, NV 89101
Attorney for Plaintiff

DATED this 11th day of August, 2025.

**MARQUIS AURBACH**

/s/ Craig R. Anderson, Esq.
_____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED this 12th day of August, 2025

_____
UNITED STATES MAGISTRATE JUDGE