CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
**MUELLER & ASSOCIATES, INC.**
808 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-1200
Facsimile: (702) 637-7170
Email: electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOGLA FLORES-REYES, | Case No.: 2:24-cv-00302-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SET MANDITORY SETTLEMENT CONFERENCE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT BRYAN KIRWIN, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER B. REDD, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER ANDRE GONZALEZ, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, LIEUTENANT JOHN W. LILES, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE OFFICERS employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES III through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. ("FRCP") 6(b)(1) and local rules IA 6-1, IA 6-2, and 26-3, Plaintiff, HOGLA FLORES-REYES by and through her attorney, CRAIG A. MUELLER, ESQ., of MUELLER & ASSOCIATES, INC., and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SERGEANT BRYAN KIRWIN, OFFICER B. REDD, OFFICER ANDRADE GONZALEZ,  and LIEUTENANT JOHN W. LILES, by and through their attorney,

MUELLER & ASSOCIATES, INC.
808 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-7170

CRAIG R. ANDERSON, ESQ. of MARQUIS AURBACH, hereby stipulate and request that this Court schedule the Judicial Settlement Conference for April 14, 2026, after 1:00 p.m.

**IT IS SO STIPULATED.**

DATED this 3rd day of April, 2026.                    DATED this 3rd day of April, 2026.

**MUELLER & ASSOCIATES, INC.**              **MARQUIS AURBACH**

/s/ *Craig A. Mueller*                                      /s/ *Craig R. Anderson*

_____              _____
CRAIG A. MUELLER, ESQ.                         CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 4703                              Nevada Bar No. 6882
808 S. 7th Street                                   10001 Park Run Drive
Las Vegas, NV 89101                             Las Vegas, NV 89145
Attorney for Plaintiff                             Attorneys for Defendants

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 37) is GRANTED.  A separate order setting the settlement conference will follow.

DATED this ___6th___ day of April, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MUELLER & ASSOCIATES, INC.
808 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-7170

## Susie Ward

| | |
|---|---|
| **From:** | Craig Anderson <canderson@maclaw.com> |
| **Sent:** | Friday, April 3, 2026 11:21 AM |
| **To:** | Charles Lobello, Esq. |
| **Cc:** | Craig Mueller; Susie Ward; Sherri Mong; Andrew Yates |
| **Subject:** | RE: Flores-Reyes v. LVMPD, et. al.: Activity in Case 2:24-cv-00302-EJY Flores-Reyes v. Las Vegas Metropolitan Police Department et al Minute Order [IWOV-IMANAGE.FID1233186] |

Good with me. Thank you!

Craig

**From:** Charles Lobello, Esq. <charles@craigmuellerlaw.com>
**Sent:** Friday, April 3, 2026 10:55 AM
**To:** Craig Anderson <canderson@maclaw.com>
**Cc:** Craig Mueller <craig@craigmuellerlaw.com>; Susie Ward <Susie@craigmuellerlaw.com>; Sherri Mong <SMong@maclaw.com>; Andrew Yates <ayates@maclaw.com>
**Subject:** RE: Flores-Reyes v. LVMPD, et. al.: Activity in Case 2:24-cv-00302-EJY Flores-Reyes v. Las Vegas Metropolitan Police Department et al Minute Order

Craig,

Please see attached. Let me know if we may submit with your signature.

Thank you,

*C. Conrad LoBello, Esq.*
**CRAIG MUELLER & ASSOCIATES, INC.**
Tel.: (702) 382-1200
Fax: (702) 637-4817
808 S. Seventh St.
Las Vegas, Nevada 89101
charles@craigmuellerlaw.com

Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Craig Anderson <canderson@maclaw.com>
**Sent:** Friday, April 3, 2026 10:42 AM
**To:** Charles Lobello, Esq. <charles@craigmuellerlaw.com>
**Cc:** Craig Mueller <craig@craigmuellerlaw.com>; Susie Ward <Susie@craigmuellerlaw.com>; Sherri Mong <SMong@maclaw.com>; Andrew Yates <ayates@maclaw.com>