**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Sgt. Kirwin, Ofc. Redd, Ofc. Gonzalez and Lt. John Liles

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOGLA FLORES-REYES,<br><br>    Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT BRYAN KIRWIN, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER B. REDD, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER ANDRE GONZALEZ, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LIEUTENANT JOHN W. LILES, employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES III through X and ROE CORPORATIONS I through X, inclusive<br><br>    Defendants. | Case No.:    2:24-cv-00302-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sergeant Kirwin, Officer Redd, Officer Gonzalez and Lieutenant Liles ("LVMPD Defendants"), by and through their attorney of record, Marquis Aurbach and Plaintiff Hogla Flores-Reyes ("Plaintiff"), by and through her attorney of record, Mueller & Associates, that the above-referenced matter be dismissed with prejudice; and

Page 1 of 2

MAC: 14687-438 (#6427647.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

IT IS FURTHER STIPULATED that the parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 18th day of June, 2026.

MARQUIS AURBACH                                MUELLER & ASSOCIATES, INC.


By:    _s/Craig R. Anderson_                        By:    _s/Craig A. Mueller_
        Craig R. Anderson, Esq.                            Craig A. Mueller, Esq.
        Nevada Bar No. 6882                                Nevada Bar No. 4703
        10001 Park Run Drive                               808 South Seventh Street
        Las Vegas, Nevada 89145                            Las Vegas, Nevada 89101
        Attorneys for Defendants                           Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED the above-referenced matter is dismissed with prejudice; each party to bear their own attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk is to close this case.

Dated this 18th day of June, 2026.

United States Magistrate Judge

Page 2 of 2

MAC: 14687-438 (#6427647.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX:  (702) 382-5816